FILE COPY

DATE: 6/26/2015

RE: Case No. 15-0347

COA #: 12-13-00175-CV     TC#: 60,671-A

STYLE:GUY SPARKMAN

v. MICROSOFT CORPORTATION, SUPPORT SPACE, INC., AS AGENT FOR MICROSOFT CORP., OMAR FRANCO, AS AGENT FOR MICROSOFT CORP., AND ROBERT DOE, AS AGENT FOR MICROSOFT CORP.

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 29 2015

TYLER TEXAS
CATHY S. LUSK, CLERK